UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINICIUS REZENDE A.F.,[1]<br>Petitioner,<br>v.<br>WARDEN, MESA VERDE DETENTION FACILITY, et al.<br>Respondents. | No. 1:26-cv-02716 TLN SCR<br>A# 226-029-325<br>**ORDER** |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 9, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 11.) Neither party filed objections to the findings and recommendations.

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 11) are adopted in full.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED without prejudice. (Petitioner may file a second habeas petition if his detention becomes prolonged without a hearing.)

3. Petitioner's motion to appoint counsel (ECF No. 2) is DENIED as moot.

4. The Clerk of Court shall enter judgment for Respondents and close this case.

IT IS SO ORDERED.

DATE: September 18, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE